JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

YURI DOERING,

Plaintiff(s),

vs.

JUH-HO CHARLES CHEN, et al.,

Defendant(s).

Case No.2:26-cv-02863-RGK-MAR

**ORDER DISMISSING ACTION FOR LACK OF PROSECUTION**

On June 5, 2026, the Court issued an Order to Show Cause re Dismissal for Lack of Prosecution [17] ("OSC"), which ordered either: 1) Defendant Juh-ho Charles Chen, dba Bestall Inn to file a response to the operative complaint by June 9, 2026; or 2) have plaintiff file a request for entry of default against defendant by June 10, 2026. No response having been received from either party, the Court finds no good cause for the delay in a response to the OSC and orders the case dismissed for lack of prosecution.

**IT IS SO ORDERED.**

Dated: 8/5/2026

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE